## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **ANTHONY REDMOND,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 09-cv-606-JPG** |
| | ) | |
| **JOHN EVANS,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

At the time he filed his pro se civil rights complaint pursuant to 42 U.S.C. § 1983 and his motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (doc. 2),[1] Plaintiff was confined at the Big Muddy Correctional Center.  Although it appears that *after* filing the complaint and the instant motion to proceed *in forma pauperis* Plaintiff was released from confinement, he was detained at the time he filed these pleadings and, therefore, the prisoner provisions of 28 U.S.C. § 1915 still apply.  *See Robbins v. Switzer*, 104 F.3d 895, 897-98 (7th Cir. 1997).

Following the procedure detailed by the Seventh Circuit in *Robbins*, this Court is required to calculate and Plaintiff is obligated to pay an initial partial filing fee based on Plaintiff's jail account information.  *Robbins*, 104F.3d at 898-99.

---

[1]Plaintiff actually submitted his account statements which the Court is construing as his motion to proceed *in forma pauperis.*

**IT IS THEREFORE ORDERED** that the motion for leave to proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

Based on the financial information provided with the motion to proceed *in forma pauperis,* **IT IS FURTHER ORDERED** that Plaintiff shall pay an initial partial filing fee of $9.04 within **FIFTEEN (15) DAYS** of the entry of this Order.

Additionally, because Petitioner is no longer detained or incarcerated, he must pay the remaining balance of the $350 filing fee ($340.96) or file a motion to proceed *in forma pauperis* with regard to the balance within **FIFTEEN (15) DAYS** of the entry of this Order. *Robbins*, 104 F.3d at 899.

**IT IS FURTHER ORDERED** that if Plaintiff does not comply with this Order in the time allotted, this case will be dismissed for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *Robbins*, 104 F.3d at 899; *see also Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED**.

**Dated: March 11, 2010.**

  s/ J. Phil Gilbert
  **U. S. District Judge**