UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY REDMOND,

    Plaintiff,

  v.

JOHN EVANS, JOHN HILOAOID, JOHN PEYTON, JOHN DOE, RUSSEL G. EUBANKS, DEBORAH J. ISAACS, JANE TOWERS, JOHN/JANE DOE, JOHN CHILDERS, JANE DOE CLINICAL SERVICES SUPERVISOR and JANE NANCEY,

    Defendants.

Case No. 09-cv-606-JPG-PMF

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Anthony Redmond's claims concerning grievance forms, conditions of release and legal mail are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Anthony Redmond's claims concerning his release date and all claims against defendants John Evans, John Hiloaoid, John Peyton, John Doe, Deborah J. Isaacs and Jane Nancey are dismissed without prejudice.

**DATED: February 28, 2011**    NANCY J. ROSENSTENGEL, Clerk of Court

    **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**